## 29730. CHAFFIN v. HOPPER.

The trial court did not err in remanding the appellant to custody.
*Judgment affirmed. All the Justices concur, except Gunter and Ingram, JJ., who concur in the judgment and*

*Hill, J., disqualified.*

DECIDED JUNE 2, 1975.

James Chaffin, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.